UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

**JOHNNIE LEE DIRDEN, JR.,**

    **Plaintiff,**

v.                                        **CASE NO. 3:15cv192-MCR-CJK**

**JOSEPH A. SCHILLER,**

    **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 22, 2016.  ECF No. 39.  The Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. All pending motions and petitions are DENIED as moot.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of September 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**